Núm. 7369.—Saldaña, apldo. *v.* Moreno, aplte.—C. D. San Juan. Noviembre 25, 1936.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

A solicitud de la parte apelada, se desestima el presente recurso de apelación, por haberse promovido después de expirado el plazo que fija la ley para apelar.

El Juez Presidente Sr. del Toro no intervino.

Falta u omisión de notificar el escrito de apelación. Véase ante (*g*).